**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Tracy D. Martin,

    Plaintiff,

        v.                               Case No.   1:20cv481

Governor Mike DeWine, *et al.*,         Judge Michael R. Barrett

    Defendants.

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on June 29, 2020 (Doc. 4).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the R&R in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R (Doc. 4) have been filed.

Accordingly, it is **ORDERED** that the R&R (Doc. 4) of the Magistrate Judge is hereby **ADOPTED.** Consistent with the recommendation by the Magistrate Judge, the plaintiff's Complaint (Doc. 3) is **DISMISSED without prejudice** pursuant to 28 U.S.C. §§ 1915(e)(2)(B), 1915A(b), and 1367(c)(3).

The Court certifies that, pursuant to 28 U.S.C. § 1915(a)(3), any appeal of this Order would not be taken in good faith and therefore denies plaintiff leave to appeal *in forma pauperis*. *See McGore v. Wrigglesworth*, 114 F.3d 601 (6th Cir. 1997).

**IT IS SO ORDERED.**                 *s/Michael R. Barrett*
                                                        Michael R. Barrett, Judge
                                                        United States District Court